**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Three Chefs, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  3 Chefs, Inc.** <br> **DBA  Three Chefs Aurora** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-0988815** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1521 Ogden Ave.** <br> **Aurora, IL 60503** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kane** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **Three Chefs, Inc.**                                                    Case number (*if known*) _____
            Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor    **Three Chefs, Inc.**
Name    Case number (*if known*)

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Three Chefs, Inc.**                                              Case number (*if known*)
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor     **Three Chefs, Inc.**                                                    Case number (*if known*) _____
           Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 4, 2025**
               MM / DD / YYYY

**X** /s/ Farzad Khamissi                              Farzad Khamissi
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X** /s/ David Freydin                     Date   **July 4, 2025**
Signature of attorney for debtor                   MM / DD / YYYY

**David Freydin**
Printed name

**Law Offices of David Freydin**
Firm name

**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
Number, Street, City, State & ZIP Code

Contact phone   **888-536-6607**      Email address   **david.freydin@freydinlaw.com**

**6286192 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name       **Three Chefs, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  4, 2025**              X */s/ Farzad Khamissi*
                                           Signature of individual signing on behalf of debtor

                                           **Farzad Khamissi**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Three Chefs, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Akvile Turkyte dba Dorsh Constructi c/o M&A Law Firm PC 1051 Permiter Dr, Suite 1110 Schaumburg, IL 60173** | | **breach of construction** | **Contingent Unliquidated Disputed** | | | **$50,480.00** |
| **Andres Aguilar c/o John C Ireland, Esq. 636 Spruce St. South Elgin, IL 60177** | | **civil wage and hour claim** | **Contingent Unliquidated Disputed** | | | **$40,000.00** |
| **Evin Pineda c/o John C Ireland, Esq. 636 Spruce St. South Elgin, IL 60177** | | **civil wage and hour claim** | **Contingent Unliquidated Disputed** | | | **$40,000.00** |
| **Illinois Department of Labor 160 N La Salle Suite 1300 Chicago, IL 60601** | | | **Contingent Unliquidated Disputed** | | | **$28,500.00** |
| **Illinois Department of Labor 160 N La Salle Suite 1300 Chicago, IL 60601** | | | **Contingent Unliquidated Disputed** | | | **$2,108.00** |
| **Jose Montoya c/o John C Ireland, Esq. 636 Spruce St. South Elgin, IL 60177** | | **civil wage and hour claim** | **Contingent Unliquidated Disputed** | | | **$40,000.00** |

Debtor   **Three Chefs, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mohammad Hajimohammadi Blax Trading Corp. 39 Glen Cameron Rd, Unit 5, Thornhi L3T 1P1 CANADA** | | **loan** | | | | **$20,000.00** |
| **Pablo Jose Arraes Palencia c/o John C Ireland, Esq. 636 Spruce St. South Elgin, IL 60177** | | **civil wage and hour claim** | **Contingent Unliquidated Disputed** | | | **$40,000.00** |
| **Rush University Medical Center 1620 W. Harrison Chicago, IL 60612** | | **medical bill for an employee** | | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name   **Three Chefs, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................  $        **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................  $    **7,000.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................  $    **7,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $        **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $    **30,608.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................  +$    **230,480.00**

4.  **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b

$    **261,088.00**

**Fill in this information to identify the case:**

Debtor name          **Three Chefs, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **9718** | **$1,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                    | **$1,000.00** |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Three Chefs, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer, printer, phone system | $0.00 | Comparable sale | $1,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $1,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

---

Debtor    **Three Chefs, Inc.**_____    Case number *(If known)* _____
          Name

| 47.1. | **1999 Chevrolet van** | $0.00 | Comparable sale | $500.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **Walk-in Freezer, Walk-in Cooler, Hood, Furnace, sinks, HVAC system - all attached to the building and belong to Landlord**

     **Steel prep table, pizza prep table with cooler, grill, frier, flat grill with over, 6 burner stove. dining tables with chairs, meat grinder, ice cream freezer** | $0.00 | Comparable sale | $4,500.00 |

51.  **Total of Part 8.**                                                     | $5,000.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Three Chefs, Inc.**
_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,000.00 |

**Fill in this information to identify the case:**

Debtor name    **Three Chefs, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Three Chefs, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $28,500.00 | $28,500.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Illinois Department of Labor**
**160 N La Salle**
**Suite 1300**
**Chicago, IL 60601**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | $2,108.00 | $2,108.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Illinois Department of Labor**
**160 N La Salle**
**Suite 1300**
**Chicago, IL 60601**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Three Chefs, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address
**Akvile Turkyte dba Dorsh Constructi**
c/o M&A Law Firm PC
1051 Permiter Dr, Suite 1110
Schaumburg, IL 60173

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **breach of construction**

Is the claim subject to offset? ■ No ☐ Yes

**$50,480.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**Andres Aguilar**
c/o John C Ireland, Esq.
636 Spruce St.
South Elgin, IL 60177

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **civil wage and hour claim**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**Evin Pineda**
c/o John C Ireland, Esq.
636 Spruce St.
South Elgin, IL 60177

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **civil wage and hour claim**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**Jose Montoya**
c/o John C Ireland, Esq.
636 Spruce St.
South Elgin, IL 60177

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **civil wage and hour claim**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.5** | Nonpriority creditor's name and mailing address
**Mohammad Hajimohammadi**
Blax Trading Corp.
39 Glen Cameron Rd, Unit 5, Thornhi
L3T 1P1 CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.6** | Nonpriority creditor's name and mailing address
**Pablo Jose Arraes Palencia**
c/o John C Ireland, Esq.
636 Spruce St.
South Elgin, IL 60177

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **civil wage and hour claim**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**Rush University Medical Center**
1620 W. Harrison
Chicago, IL 60612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical bill for an employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

Debtor     **Three Chefs, Inc.**                                         Case number (if known) _____
           Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          30,608.00 |
| **5b. Total claims from Part 2** | 5b.  + | $         230,480.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $         261,088.00 |

**Fill in this information to identify the case:**

Debtor name    **Three Chefs, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest   **Lease for Debtor's premises** | |
| State the term remaining   **8 years** | **Tani Estates, LLC**<br>**1521 Ogden Ave.**<br>**Aurora, IL 60503** |
| List the contract number of any government contract   _____ | |

**Fill in this information to identify the case:**

Debtor name  **Three Chefs, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Farzad Khamissi** | **485 Dancer Lane** **Oswego, IL 60543** | **Akvile Turkyte dba Dorsh Constructi** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.2 | **Farzad Khamissi** | **485 Dancer Lane** **Oswego, IL 60543** | **Andres Aguilar** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.3 | **Farzad Khamissi** | **485 Dancer Lane** **Oswego, IL 60543** | **Evin Pineda** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.4 | **Farzad Khamissi** | **485 Dancer Lane** **Oswego, IL 60543** | **Illinois Department of Labor** | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |
| 2.5 | **Farzad Khamissi** | **485 Dancer Lane** **Oswego, IL 60543** | **Illinois Department of Labor** | ☐ D _____ ■ E/F __2.2__ ☐ G _____ |

| Debtor | **Three Chefs, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Farzad Khamissi** | 485 Dancer Lane<br>Oswego, IL 60543 | **Jose Montoya** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.7 **Farzad Khamissi** | 485 Dancer Lane<br>Oswego, IL 60543 | **Pablo Jose Arraes Palencia** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Three Chefs, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$189,000.00** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$351,653.00** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$12,550.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Three Chefs, Inc.** | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Farzad Khamissi 485 Dancer Lane Oswego, IL 60543 President** | **07/07/24 - 07/07/2025** | **$30,000.00** | **Salary and distributions** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Turkyte v. Three Chefs, Inc., et al 2024 LA 000970** | **breach of contract** | **Circuit Court, DuPage County** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Aguilar v. Three Chefs, et al 1:24-cv-08625** | **wage claim** | **USDC NDIL** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Jaxon Nash v. Three Chefs, Inc. 24-SC0011** | **wage claim** | **Illinois Department of Labor 160 N La Salle Suite 1300 Chicago, IL 60601** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Agripino Banos v. Three Chefs, Inc. 24-0001658** | **wage claim** | **Illinois Department of Labor 160 N La Salle Suite 1300 Chicago, IL 60601** | ☑ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | **Three Chefs, Inc.** | Case number *(if known)* |
|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of David Freydin<br>8707 Skokie Blvd<br>Suite 305<br>Skokie, IL 60077** | **Attorney Fees** | **various** | **$5,000.00** |
| | Email or website address<br>david.freydin@freydinlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Three Chefs, Inc.**                                    Case number *(if known)*

---

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor    **Three Chefs, Inc.**                                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Three Chefs, Inc.** | Case number *(if known)* |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **El Berrishi<br>6456 W Belmont Ave<br>Chicago, IL 60634** | **2024 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Farzad Khamissi** | **485 Dancer Lane<br>Oswego, IL 60543** | **President** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

Debtor    **Three Chefs, Inc.**                                                      Case number *(if known)*

---

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Farzad Khamissi**<br>**485 Dancer Lane**<br>**Oswego, IL 60543** | **$30,000** | **07/07/24 - 07/07/2025** | **Salary and distirbutions** |
| | **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July  4, 2025

**/s/ Farzad Khamissi**                                    **Farzad Khamissi**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Three Chefs, Inc.** _____   Case No. _____
Debtor(s)                    Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................   $ _____ **HOURLY**

    Prior to the filing of this statement I have received ...............   $ _____ **5000**

    Balance Due ...................................................   $ _____ **HOURLY**

                                                                     _____

2.  The source of the compensation paid to me was:

    ☑ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 26, 2025** _____           **/s/ David Freydin** _____
*Date*                                        **David Freydin**
                                              *Signature of Attorney*
                                              **Law Offices of David Freydin**
                                              **8707 Skokie Blvd**
                                              **Suite 305**
                                              **Skokie, IL 60077**
                                              **888-536-6607  Fax: 866-575-3765**
                                              **david.freydin@freydinlaw.com**
                                              *Name of law firm*

# CHICAGO DEBT SOLUTIONS
### BY LAW OFFICES
### OF DAVID FREYDIN LTD

July 1, 2025

Via Electronic Mail

Three Chefs, Inc.
Attn: Farzad Khamissi

Re:    Engagement of Counsel for Chapter 11 Bankruptcy Filing

Dear Mr. Khamissi:

We are pleased to be engaged by Three Chefs, Inc. (herein, "you" or "your"), as counsel in connection with a Chapter 11 bankruptcy filing for Three Chefs, Inc. The following are the terms under which you will engage us.

1.    **Scope of Representation**

You have asked us to represent you in connection with filing a Chapter 11 bankruptcy case.  Retention post-bankruptcy filing is subject to approval by the Bankruptcy Court.

2.    **Termination of Engagement**

The engagement may be terminated by you or us at any time for any reason by written notice, subject on our part to applicable rules of professional conduct.  In the event that we terminate the engagement, we will take such steps as are reasonably practicable to protect your interests in the above matters.

Following any such termination, any otherwise nonpublic information you have supplied to us will be kept confidential in accordance with applicable rules of professional conduct.  At your request, papers and property will be returned promptly upon receipt of payment for outstanding fees and costs.  We will retain our files, including attorney work product.  For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any such documents or other materials retained by us within a reasonable time after the termination of the engagement.

3.    **Fees and Expenses**

Our fees are determined based on the time spent providing professional services. David Freydin will be primarily responsible for the representation of you, in the matters referenced above.  David Freydin's current hourly **rate is $450**.  Our attorney rates range **from $200/hour to $450/hour** depending on the level experience of the particular attorney working on the matter.  Please note that our attorney and paralegal rates are subject to increase from time to time.  Our statements of invoice will include detailed explanations of the services we provide.

## CHICAGO DEBT SOLUTIONS

BY LAW OFFICES
OF DAVID FREYDIN LTD

We will also include in our statements separate charges for expenses including, without limitation, travel, delivery and messenger service, computerized research, and application, search and filing fees.

The fees and expenses relating to this matter are unpredictable. Accordingly, no commitment is being made to you concerning the maximum fees and expenses which will be necessary to complete any matter. It is also expressly understood that payment of fees and expenses are in no way contingent on the ultimate outcome of any or all matters.

4.      **Retainer**

The firm acknowledges receipt of five thousand dollars and zero cents ($5,000) prior to filing of the Ch. 11 bankruptcy petition. All fees and expenses incurred through the date of bankruptcy filing will be billed against the deposited retainer.
We expressly preserve the right to request payment of additional retainer subsequent to the filing of the bankruptcy case, subject to approval by the Bankruptcy Court.

5.      **Waiver of Conflicts**

You are aware that we represent other companies and individuals. It is possible that during the time we are representing you, some of our present or future clients will have disputes or transactions with you. You agree that we may continue to represent or undertake in the future to represent future or existing clients in any matter that is not substantially related to our work for you even if the interests of those clients in such other matters are directly adverse. However, your prospective consent to conflicting representation contained in the preceding sentence shall not apply in any instance where, as a result of the representation of you, we have obtained proprietary or other confidential information of a nonpublic nature, that, if known to such other client, could be used in any such other matter by such client to your material disadvantage.

Finally, please note that a possibility exists that the interests of one or more of you may run counter to the interests of others in your group. If such a scenario should arise, we may be required, pursuant to the applicable rules of professional conduct, to withdraw our representation of one or more of you or even all parties. By signing this letter, you hereby acknowledge that you are aware of the foregoing possibilities and, notwithstanding the same, you hereby consent to our representation of you.

We believe that the foregoing covers the basic elements of our attorney-client relationship with you. If you are in agreement, please counter-sign this letter in the applicable signature blocks provided below and return to me. You should retain a copy for your records. If you have any questions regarding this letter or if you would like to discuss possible modifications to it, please do not hesitate to call us.

mówimy po polsku | se habla español | говорим по-русски

8707 Skokie Boulevard • Suite 305 • Skokie • IL 60077          579 W. North Avenue • Suite 203 • Elmhurst • IL 60126
phone: 888.536.6607 • fax: 866.575.3765 • contact@freydinlaw.com
www.chicagodebtsolutions.com

CHICAGO DEBT SOLUTIONS

BY LAW OFFICES
OF DAVID FREYDIN LTD

Sincerely,

Law Offices of David Freydin

By:    /s/ David Freydin
      David Freydin

ACCEPTED AND AGREED:

By.
      Farzad Khamissi
      Three Chefs, Inc.

mówimy po polsku  |  se habla español  |  говорим по-русски

8707 Skokie Boulevard • Suite 305 • Skokie • IL  60077        579 W. North Avenue • Suite 203 • Elmhurst • IL  60126
phone: 888.536.6607 • fax: 866.575.3765 • contact@freydinlaw.com
www.chicagodebtsolutions.com

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Three Chefs, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Farzad Khamissi**<br>**485 Dancer Lane**<br>**Oswego, IL 60543** | **Common** | **1000** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 4, 2025**

Signature   **/s/ Farzad Khamissi**

**Farzad Khamissi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Three Chefs, Inc.**                                    Case No.
                                    Debtor(s)          Chapter   **11**


## VERIFICATION OF CREDITOR MATRIX


Number of Creditors:                                    **17**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   **July  4, 2025**                    **/s/ Farzad Khamissi**
                                    **Farzad Khamissi/President**
                                    Signer/Title

Akvile Turkyte dba Dorsh Constructi
c/o M&A Law Firm PC
1051 Permiter Dr, Suite 1110
Schaumburg, IL 60173


Andres Aguilar
c/o John C Ireland, Esq.
636 Spruce St.
South Elgin, IL 60177


Evin Pineda
c/o John C Ireland, Esq.
636 Spruce St.
South Elgin, IL 60177


Farzad Khamissi
485 Dancer Lane
Oswego, IL 60543


Farzad Khamissi
485 Dancer Lane
Oswego, IL 60543


Farzad Khamissi
485 Dancer Lane
Oswego, IL 60543


Farzad Khamissi
485 Dancer Lane
Oswego, IL 60543


Farzad Khamissi
485 Dancer Lane
Oswego, IL 60543


Farzad Khamissi
485 Dancer Lane
Oswego, IL 60543


Farzad Khamissi
485 Dancer Lane
Oswego, IL 60543

Illinois Department of Labor
160 N La Salle
Suite 1300
Chicago, IL 60601


Illinois Department of Labor
160 N La Salle
Suite 1300
Chicago, IL 60601


Jose Montoya
c/o John C Ireland, Esq.
636 Spruce St.
South Elgin, IL 60177


Mohammad Hajimohammadi
Blax Trading Corp.
39 Glen Cameron Rd, Unit 5, Thornhi
L3T 1P1 CANADA


Pablo Jose Arraes Palencia
c/o John C Ireland, Esq.
636 Spruce St.
South Elgin, IL 60177


Rush University Medical Center
1620 W. Harrison
Chicago, IL 60612


Tani Estates, LLC
1521 Ogden Ave.
Aurora, IL 60503

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Three Chefs, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Three Chefs, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  4, 2025**

Date

**/s/ David Freydin**

**David Freydin**

Signature of Attorney or Litigant

Counsel for   **Three Chefs, Inc.**

**Law Offices of David Freydin**

**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
**888-536-6607 Fax:866-575-3765**
**david.freydin@freydinlaw.com**